WILLIE GARY, *Petitioner*, v. J. R. MERRITT, SHERIFF OF ST. LUCIE COUNTY, FLORIDA, *Defendant*.

Division B.

Decision Filed November 9, 1927.

*Alto Adams* and *W. H. Wolfe*, for Plaintiff in Error;

*Fred H. Davis*, Attorney General, and *Roy Campbell*, Assistant, for Defendant in Error.

PER CURIAM.—This case comes to this Court on writ of error to judgment of the Circuit Judge of the Fifteenth Judicial Circuit of Florida denying petition for writ of *habeas corpus*.

The judgment should be affirmed on authority of the

opinions in the case of White v. Penton filed by this Court October 28, 1926, and reported in 110 Sou. 533 and in Ex Parte Amos filed in this Court January 11, 1927, and reported in 112 Sou. 289, and it is so ordered.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.